**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melvin Sterling <br> & <br> Peggy S. Sterling <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 16-11463 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Matteo S. Weiner , Esquire**
          Matteo S. Weiner, Esquire
          Thomas Puleo, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734