IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Melvin Sterling<br>       Peggy S. Sterling<br><br>                 Debtor(s) | | CHAPTER 13 |
| Toyota Lease Trust<br><br>                 Movant<br>    vs. | | NO. 16-11463 JKF |
| Melvin Sterling<br>Peggy S. Sterling<br>                 Debtor(s) | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><br>                 Trustee | | |

**ORDER TERMINATING AUTOMATIC STAY**

~~The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the papers file in connection herewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,~~

It is ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2014 LEXUS ES350 having VIN#: JTHBK1GG1E2127491.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  30th   day of  August , 2017.

                                                                                United States Bankruptcy Judge
                                                                                Jean K. FitzSimon

cc: See attached service list

Melvin Sterling
1145 Greentree Lane
Narberth, PA 19072

Peggy S. Sterling
1145 Greentree Lane
Narberth, PA 19072

Scott F. Waterman
110 West Front Street
Media, PA 19063

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532