United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melvin Sterling  
Peggy S Sterling  
     Debtors

Case No. 16-11463-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 31, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db/jdb         +Melvin Sterling,  Peggy S Sterling,  1145 Greentree Lane,  Narberth, PA 19072-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:  
        JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
        KRISTEN D. LITTLE    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS pabk@logs.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN    on behalf of Debtor Melvin Sterling scottfwaterman@gmail.com, scottfwaterman@gmail.com  
        SCOTT F. WATERMAN    on behalf of Joint Debtor Peggy S Sterling scottfwaterman@gmail.com, scottfwaterman@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                           TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Melvin Sterling<br>Peggy S. Sterling<br><u>Debtor(s)</u> | | CHAPTER 13 |
| Toyota Lease Trust<br><u>Movant</u><br>vs. | | NO. 16-11463 JKF |
| Melvin Sterling<br>Peggy S. Sterling<br><u>Debtor(s)</u> | | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><u>Trustee</u> | | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the papers file in connection herewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

It is ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2014 LEXUS ES350 having VIN#: JTHBK1GG1E2127491. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 30th day of August, 2017.

_____
United States Bankruptcy Judge
Jean K. FitzSimon

cc: See attached service list

Melvin Sterling
1145 Greentree Lane
Narberth, PA 19072

Peggy S. Sterling
1145 Greentree Lane
Narberth, PA 19072

Scott F. Waterman
110 West Front Street
Media, PA 19063

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532