# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
**Melvin Sterling**                             :     Case No.: 16-11463
**Peggy S Sterling**                            :     Chapter 13
                                                :     Judge Eric L. Frank
Debtor(s).                                      :     * * * * * * * * * * * * * * * * * * * * * * *
                                                :
                                                :

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024961_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Melvin Sterling** | : | **Case No.:** 16-11463 |
| **Peggy S Sterling** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 24, 2018:

Melvin Sterling and Peggy S Sterling, 1145 Greentree Lane, Narbeth, PA 19072


DATE:  August 24, 2018

                                               /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-024961_PS