**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | Case No.: 16-11463 |
| **Melvin Sterling** | Chapter 13 |
| **Peggy S Sterling** | Judge Eric L. Frank |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | Date and Time of Hearing |
| | Place of Hearing |
| Movant, | October 2, 2018 at 09:30 a.m. |
| **vs** | |
| | U.S. Bankruptcy Court |
| **Melvin Sterling** | 900 Market Street, Courtroom #1 |
| **Peggy S Sterling** | Philadelphia, PA, 19107 |
| | |
| **William C. Miller** | Related Document # 68 |
| Respondents. | |

## ORDER OF COURT

AND NOW, to wit, this  3rd  day of    October       , 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that:

1. The terms of the foregoing Stipulation are hereby approved except for Paragraph 4.

2. Notwithstanding Paragraph 4, Movant is entitled to relief from the automatic stay only upon entry of a court order after the filing of a certification of default.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**