United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melvin Sterling
Peggy S Sterling
       Debtors

Case No. 16-11463-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Oct 03, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db/jdb       +Melvin Sterling,    Peggy S Sterling,    1145 Greentree Lane,    Narberth, PA 19072-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
         JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
          jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
         KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
         KRISTEN D. LITTLE    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR
          TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage
          Pass-Through Certificates, Series 2004-23XS pabk@logs.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         SARAH ELISABETH BARNGROVER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
         SCOTT F. WATERMAN    on behalf of Debtor Melvin Sterling scottfwaterman@gmail.com,
          scottfwaterman@gmail.com
         SCOTT F. WATERMAN    on behalf of Joint Debtor Peggy S Sterling scottfwaterman@gmail.com,
          scottfwaterman@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-11463** |
| **Melvin Sterling** | : | **Chapter 13** |
| **Peggy S Sterling** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **October 2, 2018 at 09:30 a.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Melvin Sterling** | : | **900 Market Street, Courtroom #1** |
| **Peggy S Sterling** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | **Related Document # 68** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this 3rd day of October, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that:

1. The terms of the foregoing Stipulation are hereby approved except for Paragraph 4.

2. Notwithstanding Paragraph 4, Movant is entitled to relief from the automatic stay only upon entry of a court order after the filing of a certification of default.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**