**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: | : NO. 16-11463 ELF |
| Melvin Sterling and Peggy S Sterling | : |
| | : CHAPTER 13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtors' Motion to approve personal injury settlement. .

BY: /s/ Michael P. Kelly
   MICHAEL P. KELLY, ESQ.
   402 MIDDLETOWN BLVD.
   SUITE 202
   LANGHORNE, PA. 19047