**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: : NO. 16-11463 ELF
Melvin Sterling and Peggy S Sterling :
: CHAPTER 13

ORDER

AND NOW, this         day of               , 2020, upon motion of the debtors to approve the personal injury settlement;

And the debtors having asserted that the settlement was fair and reasonable;

And the debtors having certified that adequate notice of the motion was served on all creditors and parties in interest;

And that since the filing of the Motion the Medicare Lien was resolved so that there is now an increase in the amount being paid the Chapter 13 plan and ,therefore ,the unsecured creditors;

And there being no Objection thereto and with the Agreement of the Chapter 13 Trustee, it is

Ordered that the motion is granted and distribution of legal fees and cost may be made in accordance with the schedules attached as Exhibits "A" and "B" attached to the Motion and $8,900.01 shall be distributed to Peggy S. Sterling, $32,503.20 shall be distributed to Melvin Sterling and $5,119.00 shall be distributed to the Chapter 13 Trustee William Miller as a special receipt..

Eric L. Frank
Bankruptcy Judge