United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melvin Sterling  
Peggy S Sterling  
       Debtors

Case No. 16-11463-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db/jdb       +Melvin Sterling,    Peggy S Sterling,    1145 Greentree Lane,    Narberth, PA 19072-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:

        JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust jschwartz@mesterschwartz.com  
        KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
        KRISTEN D. LITTLE    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS pabk@logs.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        MICHAEL P. KELLY    on behalf of Joint Debtor Peggy S Sterling mpkpc@aol.com, r47593@notify.bestcase.com  
        MICHAEL P. KELLY    on behalf of Debtor Melvin Sterling mpkpc@aol.com, r47593@notify.bestcase.com  
        SARAH ELISABETH BARNGROVER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                    TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  : NO. 16-11463 ELF
Melvin Sterling and Peggy S Sterling  :
 : CHAPTER 13

### ORDER

AND NOW, this 23rd day of July, 2020, upon motion of the debtors to approve the personal injury settlement;

And the debtors having asserted that the settlement was fair and reasonable;

And the debtors having certified that adequate notice of the motion was served on all creditors and parties in interest;

And that since the filing of the Motion the Medicare Lien was resolved so that there is now an increase in the amount being paid the Chapter 13 plan and ,therefore ,the unsecured creditors;

And there being no Objection thereto and with the Agreement of the Chapter 13 Trustee, it is

Ordered that the motion is granted and distribution of legal fees and cost may be made in accordance with the schedules attached as Exhibits "A" and "B" attached to the Motion and $8,900.01 shall be distributed to Peggy S. Sterling, $32,503.20 shall be distributed to Melvin Sterling and $5,119.00 shall be distributed to the Chapter 13 Trustee William Miller as a special receipt..

Eric L. Frank
U.S. Bankruptcy Judge