UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Melvin Sterling and Peggy S Sterling**  : No. 16=11463-ELF
: CHAPTER 13

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **4th Amended** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee and on all other creditors adversely affected on the **28th day of July 2020** by CM/ecf electronic mail and/or first class mail, postage prepaid on the attached list.

BY:  /s/ Michael P. Kelly
 MICHAEL P. KELLY, ESQ.
 402 MIDDLETOWN BLVD.
 SUITE 202
 LANGHORNE, PA. 19047
 (215) 741-1100

BMW FINANCIAL SERVICES NA LLC
PO BOX 3608
DUBLIN, OH 43016

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

TD RETAIL CARD SERVICES
C/O CREDITORS BANKRUPTCY SERVICES
PO BOX 800849
DALLAS,TX 75380

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISIION
PO BOX 280946
HARRISBURG, PA 17128

NELNET ON BEHALF OF ECMC
EDUCATIONAL CREDIT MANAGEMENT CORP
PO BOX 16408
ST PAUL, MN 55116-0408

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON, TX 75001

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

BANK OF AMERICA
PO BOX 982284
EL PASO, TX 79998-2238

WELLS FARGO BANK, NA
1 HOME CAMPUS
X230301A
DES MOINES, IA 50328-0001

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK. NY 10087-9262

BMO HARRIS BANK NA/Diners Club
C/OBECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

USAA SAVINGS BANK
C/O WEINSTEIN & RILEY PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

WELLS FARGO CARD SERVICES
1 HOME CAMPUS 3RD FLOOR
DES MOINES, IA 50328

CAVALRY SPV I, LLC
BASS & ASSOCIATES PC
3936 E FT LOWELL RD, STE 200
TUCSON, AZ 85712

PORTFOLIO RECOVERY LLC
PO BOX 41067
NORFOLK, VA 2341

WILMINGTON TRUST NATIONAL
NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS, TX 75261-9741

KRISTIN LITTLE, ESQ
SHAPIRO & DENARDO LLC
3600 HOSIZON DRIVE, STE 10
KING OF PRUSSIA, PA 1940

Attn: BMW Financial Services NA, LLC
Department Ascension Capital Group
Account: XXXXX1916
P.O. Box 201347
Arlington, TX 76006

Synchrony Bank c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Alexander K. Lee
ALDRIDGE PITE, LLP
4375 Jutland Drive,

Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

BMO Harris Bank, NA
PO Box 2035
Milwaukee, WI 53201

Matteo S. Weiner, Esquire Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Karina Velter, Esquire
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

William C Miller, Chapter 13 Trustee
(via electronic service)

United States Trustee
(via electronic service)