**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE | : NO. 16-11463-ELF |
| Melvin Sterling and Peggy S Sterling | : |
| | : CHAPTER 13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtors' Motion to Modify Plan.

BY: /s/ Michael P. Kelly
      MICHAEL P. KELLY, ESQ.
      402 MIDDLETOWN BLVD.
      SUITE 202
      LANGHORNE, PA. 19047