United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Melvin Sterling
Peggy S Sterling
        Debtors

Case No. 16-11463-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 05, 2020
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db/jdb        +Melvin Sterling,    Peggy S Sterling,    1145 Greentree Lane,    Narberth, PA 19072-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
            JASON BRETT SCHWARTZ     on behalf of Creditor     Financial Services Vehicle Trust
             jschwartz@mesterschwartz.com
            KARINA VELTER     on behalf of Creditor     WELLS FARGO BANK NA amps@manleydeas.com
            KEVIN S. FRANKEL     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
            KRISTEN D. LITTLE     on behalf of Creditor     WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR
             TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage
             Pass-Through Certificates, Series 2004-23XS pabk@logs.com,    klittle@logs.com
            MATTEO SAMUEL WEINER     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com
            MICHAEL P. KELLY     on behalf of Joint Debtor Peggy S Sterling mpkpc@aol.com,
             r47593@notify.bestcase.com
            MICHAEL P. KELLY     on behalf of Debtor Melvin  Sterling mpkpc@aol.com,    r47593@notify.bestcase.com
            SARAH ELISABETH BARNGROVER     on behalf of Creditor     WELLS FARGO BANK NA amps@manleydeas.com
            United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     MELVIN STERLING | : | |
|     PEGGY S STERLING, | : | |
|         Debtors | : | Bky. No. 16-11463 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #89) is **APPROVED**.

Date: August 5, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE