UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Melvin Sterling and Peggy S. SterlinG        : CHAPTER 13
                                                    : NO. 16-11463-ELF

**ORDER**

AND NOW, upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1, it is **ORDERED** that supplemental compensation in the amount of **$1,500.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **03/30/2020 to 07/27/2020.** The trustee is authorized to pay the supplemental amount due of **$1,500.00** to the extend funds are available and to the extent provided for by the confirmed plan

Dated:  8/19/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**