United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melvin Sterling  
Peggy S Sterling  
       Debtors

Case No. 16-11463-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 20, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.  
db/jdb       +Melvin Sterling,    Peggy S Sterling,    1145 Greentree Lane,    Narberth, PA 19072-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

         JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust jschwartz@mesterschwartz.com  
         KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com  
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
         KRISTEN D. LITTLE    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS pabk@logs.com,   klittle@logs.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         MICHAEL P. KELLY    on behalf of Joint Debtor Peggy S Sterling mpkpc@aol.com,   r47593@notify.bestcase.com  
         MICHAEL P. KELLY    on behalf of Debtor Melvin  Sterling mpkpc@aol.com,   r47593@notify.bestcase.com  
         SARAH ELISABETH BARNGROVER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com, acs2@manleydeas.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Melvin Sterling and Peggy S. SterlinG**     : **CHAPTER 13**
                                                                           : **NO. 16-11463-ELF**

**O R D E R**

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1, it is **ORDERED** that supplemental compensation in the amount of **$1,500.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **03/30/2020 to 07/27/2020.** The trustee is authorized to pay the supplemental amount due of **$1,500.00** to the extend funds are available and to the extent provided for by the confirmed plan

Dated:  8/19/20

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**