**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Peggy S Sterling** | : | **Case No.: 16-11463** |
| **Melvin Sterling** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-024961_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 16-11463 |
| **Peggy S Sterling** | : **Chapter 13** |
| **Melvin Sterling** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A. as successor by** | : **Related Document #** |
| **merger to Wachovia Bank, N.A.** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Peggy S Sterling** | : |
| **Melvin Sterling** | : |
| | : |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Michael P. Kelly, Attorney for Peggy S Sterling and Melvin Sterling, Cowan & Kelly, 202 Penns Square, Langhorne, PA  19047, mpkpc@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Peggy S Sterling and Melvin Sterling, 1145 Greentree Lane, Narbeth, PA  19072

Peggy S Sterling and Melvin Sterling, 1145 Greentree Lane, Narberth, PA  19072

Nationstar Mortgage LLC, 8950 Cyrpress Waters Blvd, Coppell, TX  75019

18-024961_PS

DATE: March 6, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-024961_PS