United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11463-elf |
| Melvin Sterling | Chapter 13 |
| Peggy S Sterling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 54 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Sterling, Peggy S Sterling, 1145 Greentree Lane, Narberth, PA 19072-1217 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC# X2303-01A, DES MOINES, IA 50328-0001 |
| cr | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESS, Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13723188 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13685150 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13759158 | | BMO Harris Bank NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13780002 | | BMO Harris Bank NA/Diners Club, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13901693 | + | BMO Harris Bank, NA, PO Box 2035, Milwaukee, WI 53201-2035 |
| 13741727 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13685152 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13685153 | + | Bmo Harris Diners Club, P.O. Box 6002, Carol Stream, IL 60197-6002 |
| 13685165 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Sunoco/citi, Attention: Bankruptcy, 7920 Nw 110th St., Kansas City, MO 64153 |
| 13685155 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13721905 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13685156 | + | Central Credit Services, Inc., 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 13696446 | | Dinners Club International, P.O. Box 5700, Carol Stream, IL 60197-5700 |
| 13685162 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13742310 | + | Nationstar Mortgage, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 13708415 | | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 13695682 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13685167 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 13685166 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 13721498 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13685168 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 200 Gibraltar Rd Ste 200, Horsham, PA 19044 |
| 13685170 | | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13685169 | + | USAA Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 13685171 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 13764694 | + | WILMINGTON TRUST, NATIONAL, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 13685172 | + | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 13685173 | + | Wells Fargo Bank Nv Na, Mac F8235-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13743352 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 13761285 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13746677 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 54 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 17 2021 04:10:38 | BMW Financial Services NA, LLC, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:26 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13688704 | Email/PDF: ais.bmw.ebn@americaninfosource.com | Apr 17 2021 03:52:35 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 13685154 | Email/PDF: ais.bmw.ebn@americaninfosource.com | Apr 17 2021 03:52:51 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 14180632 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 17 2021 04:10:38 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13687251 | + Email/PDF: ais.bmw.ebn@americaninfosource.com | Apr 17 2021 04:01:55 | BMW Financial Services NA, LLC, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 13685159 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:01:50 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 13685160 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:02:12 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13691953 | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13685161 | + Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 13685157 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 03:51:03 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13685158 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:41 | Chase, P.O. Box 15123, Wilmington, DE 19850-5008 |
| 13685163 | + Email/Text: electronicbkydocs@nelnet.net | Apr 17 2021 03:34:00 | Nelnet, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 13763825 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13697308 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13705138 | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 03:52:20 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13685168 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 17 2021 03:34:00 | Us Bank, 200 Gibraltar Rd Ste 200, Horsham, PA 19044 |
| 13759398 | + Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

Case 16-11463-elf   Doc 109   Filed 04/18/21   Entered 04/19/21 00:50:59   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 54 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | BMO Harris Bank NA/Diners Club, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | BMO Harris Bank, NA, PO Box 2035, Milwaukee, WI 53201-2035 |
| cr | *+ | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13956714 | * | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 13685151 | ##+ | Bank of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13685164 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                        Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

**Name**     **Email Address**

CHRISTOPHER A. DENARDO
   on behalf of Creditor NATIONSTAR MORTGAGE  LLC pabk@logs.com, logsecf@logs.com

JASON BRETT SCHWARTZ
   on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com

KEVIN S. FRANKEL
   on behalf of Creditor NATIONSTAR MORTGAGE  LLC pa-bk@logs.com

KRISTEN D. LITTLE
   on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS pabk@logs.com, klittle@logs.com;logsecf@logs.com

MATTEO SAMUEL WEINER
   on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MICHAEL P. KELLY
   on behalf of Joint Debtor Peggy S Sterling mpkpc@aol.com  r47593@notify.bestcase.com

MICHAEL P. KELLY
   on behalf of Debtor Melvin Sterling mpkpc@aol.com  r47593@notify.bestcase.com

SARAH ELISABETH BARNGROVER
   on behalf of Creditor WELLS FARGO BANK NA amps@manleydeas.com

SARAH ELISABETH BARNGROVER
   on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 54

WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Melvin Sterling and Peggy S Sterling
        Debtor(s)                                       Bankruptcy No: 16−11463−elf

                                                                     Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                    For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 4/16/21

                                                                                       108 − 107
                                                                                     Form 138_new