United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11463-elf |
| Melvin Sterling | Chapter 13 |
| Peggy S Sterling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Sterling, Peggy S Sterling, 1145 Greentree Lane, Narberth, PA 19072-1217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE  LLC pabk@logs.com, logsecf@logs.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Financial Services Vehicle Trust jschwartz@mesterschwartz.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE  LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-23XS pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

MICHAEL P. KELLY
        on behalf of Joint Debtor Peggy S Sterling mpkpc@aol.com  r47593@notify.bestcase.com

MICHAEL P. KELLY
        on behalf of Debtor Melvin Sterling mpkpc@aol.com  r47593@notify.bestcase.com

SARAH ELISABETH BARNGROVER
        on behalf of Creditor WELLS FARGO BANK NA amps@manleydeas.com

SARAH ELISABETH BARNGROVER
        on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Melvin Sterling and Peggy S Sterling | : Case No. 16−11463−elf |
| Debtor(s) | |

***ORDER***
_____

AND NOW, this day , May 18, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court